## 35812. RITCHIE v. RITCHIE.

MARSHALL, Justice.

In this appeal from the August 24, 1979, order of the juvenile court awarding the custody of a minor child to the mother, no application for appellate review was filed as required by Code Ann. § 6-701.1 (Ga. L. 1979, pp. 619, 620, effective July 1, 1979). Accordingly, this appeal must be dismissed.

*Appeal dismissed. All the Justices concur.*

SUBMITTED JANUARY 11, 1980 — DECIDED FEBRUARY 5, 1980.

*Dennis C. O'Brien,* for appellant.

*Wiggers, Harris & Coley, Robert L. Coley, Jim Barfield,* for appellee.